Certificate Number: 16339-PAE-DE-038659384

Bankruptcy Case Number: 24-11196



16339-PAE-DE-038659384

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 12, 2024, at 12:15 o'clock PM EDT, Ian Daniel completed a course on personal financial management given by internet by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: July 12, 2024

By: /s/Kelley Tipton

Name: Kelley Tipton

Title: Certified Financial Counselor