*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                                                 : Chapter 7

Ian Asquith Ricardo Daniel                               : Case No. 24–11196–amc
    Debtor(s)

***ORDER***
_____

AND NOW, this day , July 24, 2024 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

                                         By The Court

                                         Ashely M. Chan
                                         Chief Judge, United States Bankruptcy Court